**Order entered November 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01346-CV

### IN RE JULES DYLAN STUER, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-05507**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DAVID L. BRIDGES
       JUSTICE